**Fill in this information to identify your case:**

Debtor 1: **David** **Chad** **Patterson**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **20-42475-7**

☑ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**
☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **308 E. Pecan St.**<br>Number Street | From **11/2018**<br>To **8/2019** | Number Street | From _____<br>To _____ |
| **Paradise** **TX** **76073**<br>City State ZIP Code | | City State ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **112 CR 3471**<br>Number Street | From **6/2016**<br>To **11/2018** | Number Street | From _____<br>To _____ |
| **Paradise** **TX** **76073**<br>City State ZIP Code | | City State ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **David Chad Patterson**            Case number (if known) **20-42475-7**

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $35,000.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the last calendar year:** <br> (January 1 to December 31, **2019**) | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $55,372.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the calendar year before that:** <br> (January 1 to December 31, **2018**) | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $75,000.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | IRA withdrawal <br> Non-Filing Spouse's incor <br> Non-Filing Spouse's uner | $50,000.00 <br> $4,711.56 <br> $13,860.00 | | |
| **For the last calendar year:** <br> (January 1 to December 31, **2019**) | Non-Filing Spouse's incor | $39,999.00 | | |
| **For the calendar year before that:** <br> (January 1 to December 31, **2018**) | Non-Filing Spouse's incor | $51,847.00 | | |

Debtor 1  **David Chad Patterson**  Case number (if known) **20-42475-7**

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Everett Financial**<br>4201 Spring Valley Road, Ste 1450<br>**Dallas, TX 75244** | monthly last 90 days | $3,176.67 | $168,000.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| **Lustig & Young Orthodontics**<br>705 W. Bailey Boswell<br>**Saginaw, TX 76179** | monthly last 90 days | $735.00 | $4,410.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **orthodontics** |
| **See Schedule J** | re-occuring monthly expenses | | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |

Debtor 1  **David Chad Patterson**                                Case number (if known)  **20-42475-7**

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Internal Revenue Service**<br>Creditor's name<br>**1100 Commerce Street, MC 5026 DAL**<br>Number    Street<br><br>**Dallas**       **TX**    **75242**<br>City              State   ZIP Code | **1/6/20 -3/6/2020** | **$65,237.48** |  | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **941 taxes for Path Oi** |
| **EECU**<br>Creditor's name<br>**PO Box 1777**<br>Number    Street<br><br>**Ft. Worth**    **TX**    **76101**<br>City              State   ZIP Code | **3/31/20** | **$41,250.78** | **$0.00** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| **Infiniti Finance**<br>Creditor's name<br>**PO Box 660577**<br>Number    Street<br><br>**Dallas**       **TX**    **75266-0577**<br>City              State   ZIP Code | **3/___/20** | **$949.32** | **$58,201.57** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| **First State Bank of Graham**<br>Creditor's name<br>**PO Box 1988**<br>Number    Street<br><br>**Graham**    **TX**    **76450**<br>City              State   ZIP Code | **1/24/20** | **$6,000.00** | **$447,058.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Corporate debt** |
| **Montague CAD**<br>Creditor's name<br>**Kim Haralson/Collector**<br>Number    Street<br>**PO Box 121**<br>**Montague**    **TX**    **76251**<br>City              State   ZIP Code | **3/10/20** | **$651.82** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **property taxes** |
| **CNH Industrial Capital**<br>Creditor's name<br>**PO Box 3600**<br>Number    Street<br><br>**Lancaster**    **PA**    **17604**<br>City              State   ZIP Code | **monthly last 90 days** | **$3,073.74** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **2015 Holland Tractor** |

| Debtor 1 | **David Chad Patterson** | | Case number (if known) | **20-42475-7** |
|---|---|---|---|---|

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Pinnacle Bank**<br>Creditor's name<br>_____<br>Number  Street<br>_____<br>_____<br>City     State   ZIP Code | 1/30/20 | $6,128.70 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **pay off on 1999 Freig** |
| **Bank of the West**<br>Creditor's name<br>**PO Box 2078**<br>Number  Street<br>_____<br>**Omaha    NE    68103**<br>City     State   ZIP Code | monthly last 90 days | $859.50 | $26,772.18 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **boat payment** |
| **National Bank of Texas**<br>Creditor's name<br>**PO Box 161967**<br>Number  Street<br>_____<br>**Fort Worth    TX    76161**<br>City     State   ZIP Code | monthly last 90 days | $1,031.91 | $47,977.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **real property: Robert** |
| **Sheffield**<br>Creditor's name<br>**PO Box 580229**<br>Number  Street<br>_____<br>**Charlotte    NC    28258-0229**<br>City     State   ZIP Code | 1/22/20 | $1,931.19 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Bad Boy Zero Turn M** |
| **TD Auto Finance**<br>Creditor's name<br>**PO Box 9223**<br>Number  Street<br>_____<br>**Farmington Hills    MI    48333-9223**<br>City     State   ZIP Code | monthly last 90 days | $1,502.46 | $29,427.39 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Non-Filing Spouse's** |
| **C&S Rock Haulers**<br>Creditor's name<br>_____<br>Number  Street<br>_____<br>_____<br>City     State   ZIP Code | 1/3/2020 - 2/27/20 | $8,491.49 | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☑ Suppliers or vendors<br>☐ Other _____ |

Debtor 1 **David Chad Patterson**     Case number (if known) **20-42475-7**

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **First State Bank of Graham** <br> Creditor's name <br> **PO Box 1988** <br> Number  Street <br> <br> **Graham**  **TX**  **76450** <br> City  State  ZIP Code | **4/3/2010** | **$307,885.25** | **$0.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **985 CR 1550m Chico** |
| **Wise County Tax Office** <br> Creditor's name <br> **404 W. Walnut** <br> Number  Street <br> <br> **Decatur**  **TX**  **76234** <br> City  State  ZIP Code | **4/3/2020** | **$5,446.51** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **2018 business prope** |
| **Wise County Tax Office** <br> Creditor's name <br> **404 W. Walnut** <br> Number  Street <br> <br> **Decatur**  **TX**  **76234** <br> City  State  ZIP Code | **4/3/2020** | **$8,177.36** | **$0.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **2019 business prope** |
| **Wise County Tax Office** <br> Creditor's name <br> **404 W. Walnut** <br> Number  Street <br> <br> **Decatur**  **TX**  **76234** <br> City  State  ZIP Code | **4/3/2020** | **$8,061.30** | | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **2019 commerical pro** |
| **Bonnie & Clyde's Pools & Spas** <br> Creditor's name <br> **1926 S. Main Street** <br> Number  Street <br> <br> **Weatherford**  **TX** <br> City  State  ZIP Code | **7/21/20** | **$2,234.52** | **$0.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other **above ground pool** |

Debtor 1    **David Chad Patterson**                              Case number (if known)  **20-42475-7**

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☐ No
☒ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Daughter**<br>Insider's name<br>_____<br>Number  Street<br>_____<br>_____<br>City  State  ZIP Code | monthly | _____ | _____ | **Debtor provides financial assistance to Daugther by helping to make her car payment** |
| **Bobby & Thelma Patterson**<br>Insider's name<br>**895 CR 3342**<br>Number  Street<br>_____<br>**Paradise    TX    76073**<br>City  State  ZIP Code | 7/2020 | **$1,000.00** | **$0.00** | **loan repayment** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

### Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Prime Building Components dba Prime Bridgeport Inc. vs. Path Oilfield Services, Missy Patterson dba Path Services;**<br>Case number  **SC-19-00245-4** | **business debt collection Judgment, Plaintiff take Nothing entered March , 2020** | **Justice Court, Precinct 4**<br>Court Name<br>**Wise County, Texas**<br>Number  Street<br>_____<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor 1 **David Chad Patterson**     Case number (if known) **20-42475-7**

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **P&K Stone, LLC vs. Path Oilfield Services, LLC and David Patterson** | **business debt collection** | **271st Judicial District**<br>Court Name<br>**Wise County, Texas**<br>Number  Street<br><br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **CV20-06-467** | | | |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Infiniti Finance**<br>Creditor's Name<br><br>**8900 Freeport Pkwy**<br>Number  Street<br><br>**Irving**  **TX**  **75063**<br>City  State  ZIP Code | **2017 Infiniti; Debtors voluntarily surrendered vehicle**<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

    ☑ No
    ☐ Yes. Fill in the details.

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

    ☑ No
    ☐ Yes

### Part 5: List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ☑ No
    ☐ Yes. Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

    ☐ No
    ☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **St. Jude**<br>Charity's Name<br><br>Number  Street<br><br>City  State  ZIP Code | **monthly cash donations** | **2019**<br><br>**2018** | **$1,200.00**<br><br>**$1,200.00** |

Debtor 1 **David Chad Patterson**     Case number (if known) **20-42475-7**

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Vida Law Firm, PLLC** | | | |
| **3000 Central Drive** (Number Street) | | **02/3/2020** | **$5,500.00** |
| **Bedford** **TX** **76021** (City State ZIP Code) | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus Credit Counseling** | | | |
| Number Street | | **04/13/20** | **$25.00** |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

Debtor 1 **David Chad Patterson**     Case number (if known) **20-42475-7**

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Sutherland Energy**<br>1102 Stevens St, Ste 8<br>Bridgeport, TX 76426<br>Person's relationship to you _____ | 2017 Chevrolet Silverado | $41,250.78 (proceeds were paid directly by Sutherland Energy to EECU to pay off balance owed on vehicle. Debtor did not net any proceeds from sale. | 1/31/20 |
| **Sutherland Energy**<br>1102 Stevens St. Ste 8<br>Bridgeport, TX 76426<br>Person's relationship to you _____ | 2016 Gooseneck Trailer VIN# 3581 | $3500.00; proceeds were sent to FSB Graham; | 1/24/20 |
| **Jeffrey McGuire**<br>Person's relationship to you _____ | as acting Agent for PATH Oilfields, Debtor sold a 1999 Freightliner VIN#____ | $8500.00; proceeds of $6,128.70 was paid to Pinnacle Bank for the balance owed on the vehicle. remaining proceeds $2,371.30 was deposited in PATH's Community Bank checking account | 1/30/20 |
| **JC3 Properties, LLC**<br>PO Box 647<br>Chico, TX 76431<br>Person's relationship to you _____ | As acting Agent for PATH oilfirldes Services, LLC, Debtor sold 7.997 acres of commerical property situated at 985 CR 1550 Chico, Texas 76431 | $335,000.00; proceeds paid to FSB Graham and property taxes net: $1,097.37 | 4/3/2020 |

Debtor 1 __David Chad Patterson__  Case number (if known) __20-42475-7__

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Duane Sutherland**<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code<br><br>Person's relationship to you _____ | DPMS AR $600.00<br>Browning Black Lightning 12 ga $600.00<br>Taurus 380 pistol $200.00<br>9mm Glock $400.00 | $1800.00 | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Community Bank**<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | XXXX- 2 4 0 6 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **money market** | 4/2020 | $60.00 |
| **First State Bank**<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | XXXX-   2 9 4 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **business checking** | 3/12/20 | $0.00 |

Debtor 1 **David Chad Patterson** Case number (if known) **20-42475-7**

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☒ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Paradise Storage**<br>Name of Storage Facility<br>**215 Hickory St.**<br>Number  Street<br><br>**Paradise        TX    76073**<br>City          State ZIP Code | Name<br><br>Number   Street<br><br><br>City          State ZIP Code | **household items: Christmas decor, shop tables, keepsake items**<br>**closed 9/2019** | ☒ No<br>☐ Yes |

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Country Place Mini Storage**<br>Name of Storage Facility<br>**261 PR 3333**<br>Number  Street<br><br>**Bridgeport     TX    76426**<br>City          State ZIP Code | Name<br><br>Number   Street<br><br><br>City          State ZIP Code | **household items: shop tools, drills, hand tools, saw, 2 tool boxes, battery operated child's ride on tractor**<br>**closed 11/2019** | ☒ No<br>☐ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☒ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Path Oilfield Services, LLC, Texas**<br>Owner's Name<br><br>Number   Street<br><br><br>City          State ZIP Code | <br><br>**The Community Bank**<br>Number   Street<br><br><br>City          State ZIP Code | **business checking account ending 855** | **$0.00** |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Robbie Forbis**<br>Owner's Name<br>**PO Box 801**<br>Number   Street<br><br>**Chico        TX    76431**<br>City          State ZIP Code | <br><br>**716 CR 3241**<br>Number   Street<br><br>**Paradise      TX**<br>City          State ZIP Code | **1969 Chevrolet C-10 inoperable** | **$2,500.00** |

Debtor 1 **David Chad Patterson**      Case number (if known) **20-42475-7**

| Where is the property? | Describe the property | Value |
|---|---|---|
| **Sutherland Energy** <br> Owner's Name <br> **1102 Steven St. Ste 8** <br> Number   Street <br><br> **Bridgeport**    **TX**   **76426** <br> City       State   ZIP Code | **Debtor is storing the following assets that belong to Sutherland Energy due to the Company not having a place to store them:** <br> **2017 Chevrolet Pickup $48,00.00** <br> **Gray gooseneck trailer $3,000.00** <br> **2016 Takeuchi Skidsteer $30,000.00** <br> **1 set of rubber tracks for skidsteer $30,00.00** | |
| Debtor's residence: <br> Number   Street <br> **716 CR 3241** <br><br> **Paradise**    **TX** <br> City       State   ZIP Code | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Fill in the details.

**25.** Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

Debtor 1 **David Chad Patterson**      Case number (if known) **20-42475-7**

## Part 11: Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

**Path Oilfield Services, LLC**
Business Name

**985 CR 1550**
Number   Street

**Chico**     **TX**     **76431**
City   State   ZIP Code

**Describe the nature of the business**
trucking

**Name of accountant or bookkeeper**
Missy Patterson

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **4 7 – 2 5 8 3 2 7 9**

**Dates business existed**

From **12/2014**   To **2/14/2020**

**Elite Dozer Services, LLC**
Business Name

Number   Street

City   State   ZIP Code

**Describe the nature of the business**
Debtor Husband had a 5% partnership interest. inactive and dissolved 12/20/19

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 7 – 3 1 4 7 7 8 9**

**Dates business existed**

From **7/2010**   To **2018**

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☑ Yes. Fill in the details below.

**First State Bank**
Name

**PO Box 1988**
Number   Street

**Graham**     **TX**     **76450**
City   State   ZIP Code

**Date issued**
**03/27/2019**

Debtor 1   **David Chad Patterson**                         Case number (if known) **20-42475-7**

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X /s/ David Chad Patterson**        **X** _____
David Chad Patterson, Debtor 1          Signature of Debtor 2

Date   **08/14/2020**                    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).